contemplation of law, they are the same. *Id.* at 485.

The offense of driving while license is revoked for failure to submit to a breathalyzer test in violation of Chapter 577 is not a lesser included offense of driving while license is revoked for failure to have insurance in violation of Chapter 303. The amendment therefore resulted in an altogether different charge. The prejudice is obvious. *Id.* An amendment that charges an offense distinct and different from that in the original information charges an offense to which the accused does not plead and invests no jurisdiction in the court to convict of the offense. *Id.*

On these principles, the information by which the defendant was convicted was fatally defective, the court was without jurisdiction, and the conviction which derived was void. The conviction is reversed.

PUDLOWSKI and CRANDALL, JJ., concur.

Jeremiah W. (Jay) Nixon, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent.

Before CARL R. GAERTNER, P.J., and CRANE and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals from his convictions of second degree assault and armed criminal action. Defendant also appeals the denial of his Rule 29.15 motion after an evidentiary hearing.

An opinion reciting detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only. This memorandum sets forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).

---

**STATE of Missouri, Respondent,**

v.

**Daryll JACKSON, Appellant.**

**Daryll JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 60360, 62239.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 13, 1993.

Emily N. Blood, St. Louis, for appellant.

**Susan Ann MARRA, Petitioner–Respondent,**

v.

**James Francis MARRA, Respondent–Appellant.**

No. 62113.

Missouri Court of Appeals,
Eastern District,
Northern Division.

July 13, 1993.

